IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3011 |
| vs. | |
| JOEY G. ROMERO, | ORDER |
| Defendants. | |

Defendant Joey Romero requests that the Court provide him copies of certain Court filings, specifically a copy of the docket sheet. Defendant seeks these copies free of charge but does not explain why he needs the copies. Defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980); *Wallace v. United States*, No. 1:24-CV-41-SNLJ, 2024 WL 2746650 (E.D. Mo. May 29, 2024); *United States v. Linderman*, No. CR 07-359, 2020 WL 264144 (D. Minn. Jan. 17, 2020); *see also* NECrimR 55.1.

Accordingly,

IT IS ORDERED that Defendant's request for copies, Filing No. 224, is denied without prejudice. The Clerk of Court shall notify Defendant of the cost for copies of the docket sheet. If Defendant sends payment to the Clerk's Office for these copies, the Clerk of Court shall send a copy of the docket sheet directly to Defendant.

Dated this 11th day of March, 2025.

                                                      BY THE COURT:

                                                     <u>*s/ Jacqueline M. DeLuca*</u>
                                                     United States Magistrate Judge